UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>             Plaintiff,<br><br>    v.<br><br>THIERRY,<br><br>             Defendant. | Case No.: 1:21-cv-01792-JLT  (PC)<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE**<br><br>**45-DAY DEADLINE** |

    Plaintiff is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not paid the $402.00 filing fee or applied to proceed *in forma pauperis* (IFP) pursuant to 28 U.S.C. § 1915. Accordingly, **within 45 days** of the date of service of this order, Plaintiff **SHALL** submit the attached application to proceed IFP completed and signed or, in the alternative, pay the $402.00 filing fee for this action. No requests for extension of time will be granted without a showing of good cause. **Failure to comply with this order will result in dismissal of this action.**

    The Clerk of Court is directed to attach an IFP application form to this Order.

IT IS SO ORDERED.

    Dated:   **December 22, 2021**             **/s/ Jennifer L. Thurston**
                                                                CHIEF UNITED STATES MAGISTRATE JUDGE