UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>            Plaintiff,<br><br>      v.<br><br>THIERRY,<br><br>            Defendant. | 1:21-cv-01792-BAK-HBK  (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE<br><br>45-DAY DEADLINE |

Plaintiff is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not paid the $402.00 filing fee or submitted an application to proceed *in forma pauperis* (IFP) pursuant to 28 U.S.C. § 1915.

Accordingly, it is **ORDERED**:

1. Within forty-five (45) days from the date of service of this order, Plaintiff shall submit the attached application to proceed IFP completed and signed or, in the alternative, pay the $402.00 filing fee for this action.

2. If Plaintiff fails to timely comply with this Court Order or seek an appropriate extension of time to comply, the Court will recommend the district court dismiss this action for Plaintiff's failure to comply with this Court Order and prosecute this action.

///

1

3. The Clerk of Court is shall include an IFP application with this Order.

Dated:   January 13, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE